**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**DOUGLAS ANTHONY SCOTT,**                                                           **PLAINTIFF**
**ADC #107597**

**v.**                          **Case No. 3:13CV00136-KGB**

**CATHERINE DEAN, et al.**                                                              **DEFENDANTS**

## OPINION AND ORDER

By Order dated June 4, 2013, this Court denied plaintiff Douglas Anthony Scott's motion to proceed *in forma pauperis* in this action filed pursuant to 42 U.S.C. § 1983 and directed Mr. Scott to submit the statutory filing fee or a corrected *in forma pauperis* motion within 30 days of the date of the Order (Dkt. No. 4). The Court further notified Mr. Scott that failure to provide such would result in the dismissal without prejudice of this action (Dkt. No. 4). As of this date, Mr. Scott has not paid the statutory filing fee, filed a corrected *in forma pauperis* motion, or otherwise corresponded with the Court.

Local Rule 5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

In the light of Mr. Scott's failure to respond to the Court's June 4, 2013 Order or otherwise communicate with the Court, the Court finds that his complaint should be dismissed without prejudice for failure to prosecute.

Accordingly, it is ordered that Mr. Scott's complaint against defendants is dismissed without prejudice for failure to prosecute.

An appropriate Judgment shall accompany this Memorandum and Order.

IT IS SO ORDERED this 3rd day of September, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE