IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DOUGLAS ANTHONY SCOTT,**                                                                 **PLAINTIFF**
**ADC #107597**

v.                              Case No. 3:13CV00136-KGB

**CATHERINE DEAN, et al.**                                                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the Opinion and Order entered in this matter on this date, it is considered, ordered, and adjudged that this case be, and it is hereby, dismissed without prejudice for failure to prosecute. The relief sought is denied.

IT IS SO ORDERED this 3rd day of September, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE